IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| OPTINETIX INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:21-CV-00293 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| WALGREEN CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 26]. The Parties have resolved all claims for relief asserted herein, including all counterclaims, and seek dismissal.

It is therefore ORDERED that Plaintiff's claims for relief against Defendant are DISMISSED WITH PREJUDICE; Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are DISMISSED WITHOUT PREJUDICE; and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and deadlines are hereby vacated, and all pending motions in this matter be DENIED as moot.

**SIGNED this 1st day of February, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge